ORIGINAL

FILED
APR 21 1997
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.
DATED: 4-28-97
_____ DEPUTY CLERK

ENTERED
APR 28 1997
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
_____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERTO RENFRO, et al.,        )
                               )   Case No. SA CV 96-244-GLT
             Plaintiffs,       )
                               )
                               )
                               )   ORDER DISMISSING ACTION BY
                               )   REASON OF SETTLEMENT
FATHER FLANAGAN'S BOYS TOWN,   )
                               )
             Defendants.       )
_____)

On April 21, 1997, the parties appeared in court and stated on the record the terms of a settlement. The sole terms of the settlement are as follows:

1. Defendant shall forthwith pay $5,000 to Plaintiffs;

2. Plaintiffs shall dismiss with prejudice the claims specifically identified as the basis for this lawsuit, but Plaintiffs remain free to assert against Defendant in the future any other claims either may have;

3. Each party is responsible for their own costs and/or attorneys fees.

Based upon this settlement, this lawsuit is hereby DISMISSED with prejudice, subject to the limitation stated above. The Clerk is directed to serve copies of this order on all attorneys or self-represented parties.

DATED: 4-21-97

_____
GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

✓ Docketed
✓ Mld copy Ptys
✓ Mld Notice Ptys
JS-5/JS-6

G:\DOCS\GLTSECY\ORDERS\1996\96-244.ORD

ENTERED ON ICMS _____ 25